UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

**GREGORY CHAPA**
    Plaintiff

v.                                                                                 No. 5:04CV-00002-R

**VERTNER TAYLOR, et al.**
    Defendants

**ORDER AND JUDGMENT**

This matter is before the court upon the defendant's motion for summary judgment (Docket Entry No. 57). The magistrate judge has filed his report, and no objections thereto have been filed. The magistrate judge's report is hereby ADOPTED. It is therefore ORDERED that:

    1. The pending motion (Docket Entry No. 57) is GRANTED.

    2. The plaintiff's complaint pursuant to 42 U.S.C. § 1983 is DISMISSED.

    3. Leave to appeal <u>in forma pauperis</u> is denied as such appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3). If the plaintiff wishes to proceed <u>in forma pauperis</u> on appeal, he must file with the district court, with his notice of appeal, a motion for leave to proceed <u>in forma pauperis</u> pursuant to the dictates of *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir., 1997).

    4. This is a final and appealable order, and there is no just cause for delay.